UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-HC-2009-BO

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | |
| FREDERICK SPRINGER | |

This matter is before the Court on Respondent's 7 August 2012 motion, pursuant to Section 5(h) of the Standing Order 11-SO-4, filed November 14, 2011, for leave of Court to discuss the substance of this case, ex parte, with the respondent-selected examiner, Dr. Joseph Plaud. For good cause shown, Respondent's Motion is GRANTED. Counsel for the government shall also be allowed to speak, ex parte, with Dr. Plaud about the substance of this case.

SO ORDERED, this _?_ day of August, 2012.

Terrence W. Boyle
United States District Judge